```
1  JAMES J. JIMMERSON, ESQ.
   Nevada Bar No. 264
2  HOLLY A. FIC, ESQ.
   Nevada Bar No. 7699
3  THE JIMMERSON LAW FIRM, P.C.
   415 South 6th Street, Suite 100
4  Las Vegas, Nevada 89101
   Tel No.: (702) 388-7171
5  Fax No.: (702) 380-6406
   jjj@jimmersonlawfirm.com
6  haf@jimmersonlawfirm.com
7  Attorneys for Plaintiff,
        FRANCIS G. WATSON
8
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANCIS G. WATSON, individual,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN P. MOLCHAN, M.D., an individual; MUZAFFAR H. KIRMANI, M.D., an individual; NEVADA RETINA ASSOCIATES, LAS VEGAS, PROF. CORP., a Nevada Domestic Professional Corporation; DAN L. EISENBERG, M.D., an individual; SHEPHERD EYE CENTER, LTD, a Nevada Domestic Professional Corporation; DOES I-X, and ROE ENTITIES I-X,<br><br>Defendants. | CASE NO. 2:16-cv-00608-RFB-CWH<br><br>**PLAINTIFF'S STIPULATION AND ORDER FOR EXTENSION TO OPPOSE DEFENDANT UNITED STATES' MOTION TO DISMISS (First Request)** |

IT IS HEREBY STIPULATED by all parties and their undersigned counsel that Plaintiff's deadline to respond to Defendant United States' Motion to Dismiss is extended four (4) days, until April 15, 2016. The Motion to Dismiss was filed on March 25, 2016. An Opposition is currently due on April 11, 2016. As a result of this extension, the parties

1

have agreed that the Defendant United States shall have four (4) additional days, until April 29, 2016, to submit its Reply thereto.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: April 18, 2016.

| THE JIMMERSON LAW FIRM, P.C. | HALL, JAFFE & CLAYTON, LLP |
|---|---|
| /s/ James J. Jimmerson | /s/ Michelle R. Schwarz |
| JAMES J. JIMMERSON, ESQ. | Michelle R. Schwarz, Esq. |
| Nevada Bar No. 000264 | Nevada Bar No. 005127 |
| HOLLY A. FIC, ESQ. | 7425 Peak Drive |
| Nevada Bar No. 007699 | Las Vegas, Nevada 89128 |
| 415 South Sixth Street, Suite 100 | Attorneys for Defendants |
| Las Vegas, Nevada 89101 | Dan L. Eisenberg, M.D. and |
| Attorneys for Plaintiff | Shepherd Eye Center, Ltd. |
| DATED this 11th day of April, 2016. | Dated this 11th day of April, 2016. |

DANIEL G. BOGDEN
United States Attorney

/s/ Lindsy M. Roberts
BLAINE T. WELSH, ESQ.
Nevada Bar No. 005000
LINDSY M. ROBERTS
Assistant United States Attorneys
501 Las Vegas Boulevard So., Ste.1100
Las Vegas, Nevada 89101
Attorneys for the United States

DATED this 11th day of April, 2016.