THE JIMMERSON LAW FIRM, P.C.
JAMES J. JIMMERSON, ESQ.
Nevada Bar No. 000264
ks@jimmersonlawfirm.com
JAMES M. JIMMERSON, ESQ
Nevada Bar No.: 12599
jmj@jimmersonlawfirm.com
AMANDA J. BROOKHYSER, ESQ
Nevada Bar No.: 11526
ajb@jimmersonlawfirm.com
415 South 6th Street, Suite 100
Las Vegas, Nevada 89101
Tel No.: (702) 388-7171
Fax No.: (702) 380-6406
*Attorneys for Plaintiff*
*FRANCIS G. WATSON*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANCIS G. WATSON, individual, | Case No.: 2:16-cv-00608-RFB-CWH |
| Plaintiff, | **STIPULATION AND ORDER** |
| vs. | |
| RYAN P. MOLCHAN, M.D., an individual; UNITED STATES OF AMERICA; DAN L. EISENBERG, M.D., an individual; SHEPHERD EYE CENTER, LTD, a Nevada Domestic Professional Corporation; | |
| Defendants. | |

       COME NOW Plaintiff Francis G. Watson ("Plaintiff"), by and through his counsel of record, The Jimmerson Law Firm, Defendants Dan L. Eisenberg, M.D. and Shepherd Eye Center Ltd., by and through their counsel of record, Hall Jaffe & Clayton, and Defendant United States of America, and hereby stipulate and agree that the deadline for Plaintiff to respond to Defendants Dan L. Eisenberg, M.D. and Shepherd Eye Center

Ltd.'s Motion to Dismiss should be extended to May 24, 2019.

Dated this 17th day of May, 2019.                    Dated this 17th day of May, 2019.

THE JIMMERSON LAW FIRM, P.C.            HALL JAFFE & CLAYTON LLP

/s/ *James J. Jimmerson*                              /s/ *Michelle Schwarz*
_____                       _____
JAMES J. JIMMERSON, ESQ.                    MICHELLE SCHWARZ, ESQ.
Nevada State Bar No. 000264                    Nevada State Bar No. 005127
JAMES M. JIMMERSON, ESQ.                   7425 Peak Dr.
Nevada State Bar No. 12599                      Las Vegas, Nevada 89128
415 South Sixth Street, Ste. 100                 (702) 316-4111
Las Vegas, Nevada 89101                        *Attorneys for Defendants Dan L.*
(702) 388-7171                                       *Eisenberg and Shepherd Eye Center*
*Attorneys for Plaintiffs*

Dated this 17th day of May, 2019.

UNITED STATES ATTORNEY

/s/ *Brian Irvin*
_____
BRIAN IRVIN, ESQ.
Illinois Bar No. 6306228
701 Northbridge St., Suite 100
Las Vegas, NV 89102
*Attorney for Defendant*
*United States of America*

<u>**ORDER**</u>

Upon the Stipulation of the parties hereto and good cause appearing therefore:

IT IS HEREBY ORDERED that deadline for Plaintiff to respond to Defendants Dan

L. Eisenberg, M.D. and Shepherd Eye Center Ltd.'s Motion to Dismiss is extended to

May 24, 2019.

DATED this <u>21st</u> day of May, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE