THE JIMMERSON LAW FIRM, P.C.
JAMES J. JIMMERSON, ESQ.
Nevada Bar No. 000264
ks@jimmersonlawfirm.com
JAMES M. JIMMERSON, ESQ
Nevada Bar No.: 12599
jmj@jimmersonlawfirm.com
AMANDA J. BROOKHYSER, ESQ
Nevada Bar No.: 11526
ajb@jimmersonlawfirm.com
415 South 6th Street, Suite 100
Las Vegas, Nevada 89101
Tel No.: (702) 388-7171
Fax No.: (702) 380-6406
*Attorneys for Plaintiff*
*FRANCIS G. WATSON*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANCIS G. WATSON, individual,<br><br>Plaintiff,<br>vs.<br><br>RYAN P. MOLCHAN, M.D., an individual; UNITED STATES OF AMERICA; DAN L. EISENBERG, M.D., an individual; SHEPHERD EYE CENTER, LTD, a Nevada Domestic Professional Corporation;<br>Defendants. | Case No.: 2:16-cv-00608-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE AND SERVE PLAINTIFF'S RESPONSE TO DEFENDANTS DAN L. EISENBERG AND SHEPHERD EYE CENTER LTD.'S MOTION TO DISMISS**<br><br>**(Second Request)** |

COME NOW Plaintiff Francis G. Watson ("Plaintiff"), by and through his counsel of record, The Jimmerson Law Firm, Defendants Dan L. Eisenberg, M.D. and Shepherd Eye Center Ltd., by and through their counsel of record, Hall Jaffe & Clayton, and Defendant United States of America, and hereby stipulate and agree that the deadline

1

for Plaintiff to respond to Defendants Dan L. Eisenberg, M.D. and Shepherd Eye Center Ltd.'s Motion to Dismiss should be extended to May 31, 2019.

Dated this 23rd day of May, 2019.　　　　　　　Dated this 23rd day of May, 2019.

THE JIMMERSON LAW FIRM, P.C.　　　　　　HALL JAFFE & CLAYTON LLP

*/s/ James J. Jimmerson, Esq.*　　　　　　　　　*/s/ Michelle Schwarz, Esq.*
JAMES J. JIMMERSON, ESQ.　　　　　　　　　MICHELLE SCHWARZ, ESQ.
Nevada State Bar No. 000264　　　　　　　　　Nevada State Bar No. 005127
JAMES M. JIMMERSON, ESQ.　　　　　　　　7425 Peak Dr.
Nevada State Bar No. 12599　　　　　　　　　Las Vegas, Nevada 89128
415 South Sixth Street, Ste. 100　　　　　　　(702) 316-4111
Las Vegas, Nevada 89101　　　　　　　　　　*Attorneys for Defendants Dan L.*
(702) 388-7171　　　　　　　　　　　　　　　*Eisenberg and Shepherd Eye Center*
*Attorneys for Plaintiffs*

Dated this 23rd day of May, 2019.

UNITED STATES ATTORNEY

*/s/ Brian Irvin, Esq.*
BRIAN IRVIN, ESQ.
Illinois Bar No. 6306228
701 Northbridge St., Suite 100
Las Vegas, NV 89102
*Attorney for Defendant*
*United States of America*

## ORDER

Upon the Stipulation of the parties hereto and good cause appearing therefor:

IT IS HEREBY ORDERED that deadline for Plaintiff to respond to Defendants Dan L. Eisenberg, M.D. and Shepherd Eye Center Ltd.'s Motion to Dismiss should be extended to May 31, 2019.

DATED this <u>28th</u> day of May, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

2