1  MICHELLE R. SCHWARZ, ESQ.
   Nevada Bar No. 005127
2  mschwarz@lawhjc.com
   DANIEL C. TETREAULT, ESQ.
3  Nevada Bar No. 11473
   dtetreault@lawhjc.com
4
          HALL JAFFE & CLAYTON, LLP
5                7425 PEAK DRIVE
             LAS VEGAS, NEVADA 89128
6                 (702) 316-4111
                FAX (702)316-4114
7
   *Attorneys for Defendants*
8  *Dan L. Eisenberg, M.D.*
   *and Shepherd Eye Center Ltd.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANCIS G. WATSON, individual, | CASE NO. 2:16-cv-00608-RFB-CWH |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME TO FILE AND SERVE DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| RYAN P. MOLCHAN, M.D., an individual; UNITED STATES OF AMERICA; DAN L. EISENBERG, M.D., an individual; SHEPHERD EYE CENTER, LTD., a Nevada Domestic Professional Corporation; | |
| Defendants. | **(Second Request)** |

COMES NOW DEFENDANTS, Dan. L. Eisenberg, M.D., and Shepherd Eye Center, Ltd. (Collectively "Eisenberg Defendants") by and through their counsel of record, MICHELLE R. SCHWARZ, ESQ. of the law firm of HALL JAFFE & CLAYTON LLP, Plaintiff Francis G. Watson, by and through his counsel of record, the Jimmerson Law Firm P.C., and Defendant the United States of America, and hereby

/ / /

/ / /

/ / /

stipulate and agree that the deadline for the Eisenberg Defendants to file their Reply in Support of their Motion to Dismiss plaintiff's First Amended Complaint shall be extended to June 18, 2019.

DATED this 12th day of June, 2019.      DATED this 12th day of June, 2019.

THE JIMMERSON LAW FIRM, P.C.              HALL JAFFE & CLAYTON LLP

*/s/ James J. Jimmerson, Esq.*            */s/ Michelle Schwarz, Esq.*
JAMES J. JIMMERSON, ESQ.                  MICHELLE R. SCHWARZ, ESQ.
Nevada State Bar No. 000264               Nevada State Bar No. 005127
JAMES M. JIMMERSON, ESQ.                  7425 Peak Dr.
Nevada State Bar No. 12599                Las Vegas, Nevada 89128
415 South Sixth Street, Ste. 100          (702) 316-4111
Las Vegas, Nevada 89101                   *Attorneys for Defendants Dan L.*
(702) 388-7171                            *Eisenberg and Shepherd Eye Center Attorneys*
*for Plaintiff*

DATED this 12th day of June, 2019.

UNITED STATES ATTORNEY

*/s/ Brian Irvin, Esq.*
BRIAN IRVIN, ESQ.
Illinois Bar No. 6306228
701 Northbridge St., Suite 100
Las Vegas, NV 89102
*Attorney for Defendant*
*United States of America*

**ORDER**

Upon the Stipulation of the parties hereto and good cause appearing therefor:

IT IS HEREBY ORDERED that the deadline for the Eisenberg Defendants to file their Reply in Support of their Motion to Dismiss Plaintiff's First Amended Complaint shall be extended until June 18, 2019.

DATED this 13th day of June, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE