THE JIMMERSON LAW FIRM, P.C.
JAMES J. JIMMERSON, ESQ.
Nevada Bar No. 000264
JAMES M. JIMMERSON, ESQ
Nevada Bar No.: 12599
AMANDA J. BROOKHYSER, ESQ
Nevada Bar No.: 11526
415 South 6th Street, Suite 100
Las Vegas, Nevada 89101
Tel No.: (702) 388-7171
Fax No.: (702) 380-6406
jimmerson@jimmersonlawfirm.com
jmj@jimmersonlawfirm.com
*Attorneys for Plaintiff*
*FRANCIS G. WATSON*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRANCIS G. WATSON, individual,<br><br>Plaintiff,<br>vs.<br><br>RYAN P. MOLCHAN, M.D., an individual; UNITED STATES OF AMERICA; DAN L. EISENBERG, M.D., an individual; SHEPHERD EYE CENTER, LTD, a Nevada Domestic Professional Corporation;<br>Defendants. | Case No.: 2:16-cv-00608-RFB-DJA<br><br>**STIPULATION AND ORDER TO RESCHEDULE SETTLEMENT CONFERENCE** |

COME NOW Plaintiff Francis G. Watson ("Plaintiff"), by and through his counsel of record, The Jimmerson Law Firm, and Defendant United States of America, and hereby stipulate and agree as follows:

Whereas, the Court has scheduled a settlement conference in this action for August 13, 2020;

Whereas, Plaintiff has since passed away;

Whereas, there is no individual that has been named executor of Plaintiff's estate or been issued orders of administration and, thus, no one from Plaintiff can accept a settlement;

Therefore, the parties stipulate and agree that the settlement conference should be rescheduled until after the executor of Plaintiff's estate has been appointed or letters of administration have been issued.

| | |
|---|---|
| Dated this 6th day of August, 2020. | Dated this 6th day of August, 2020. |
| THE JIMMERSON LAW FIRM, P.C. | UNITED STATES ATTORNEY |
| /s/ James M. Jimmerson, Esq. | /s/ Brian Irvin, Esq. |
| JAMES J. JIMMERSON, ESQ. | BRIAN IRVIN, ESQ. |
| Nevada State Bar No. 000264 | Illinois Bar No. 6306228 |
| JAMES M. JIMMERSON, ESQ. | 701 Northbridge St., Suite 100 |
| Nevada State Bar No. 12599 | Las Vegas, NV 89102 |
| 415 South Sixth Street, Ste. 100 | *Attorney for Defendant* |
| Las Vegas, Nevada 89101 | *United States of America* |
| (702) 388-7171 | |
| *Attorneys for Plaintiff* | |

## ORDER

Upon the Stipulation of the parties hereto and good cause appearing therefor: IT IS HEREBY ORDERED that the settlement conference set for Thursday, August 13, 2020 is VACATED and will be reset at a later date.

IT IS FURTHER ORDERED that the parties shall file a Joint Status Report updating the Court on the status of the estate by September 8, 2020.

DATED this 10th day of August, 2020.

_____
United States Magistrate Judge