THE JIMMERSON LAW FIRM, P.C.
JAMES J. JIMMERSON, ESQ.
Nevada Bar No. 000264
jimmerson@jimmersonlawfirm.com
JAMES M. JIMMERSON, ESQ
Nevada Bar No.: 12599
jmj@jimmersonlawfirm.com
415 South 6th Street, Suite 100
Las Vegas, Nevada 89101
Tel No.: (702) 388-7171
Fax No.: (702) 380-6406
*Attorneys for Plaintiff*
*FRANCIS G. WATSON*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANCIS G. WATSON, individual,<br><br>Plaintiff,<br><br>vs.<br><br>RYAN P. MOLCHAN, M.D., an individual; UNITED STATES OF AMERICA; DAN L. EISENBERG, M.D., an individual; SHEPHERD EYE CENTER, LTD, a Nevada Domestic Professional Corporation;<br><br>Defendants. | Case No.: 2:16-cv-00608 -RFB-DJA<br><br><u>**STIPULATION AND [PROPOSED] ORDER TO EXTEND STATUS REPORT DEADLINE**</u> |

COME NOW Plaintiff Francis G. Watson ("Plaintiff"), by and through his counsel of record, The Jimmerson Law Firm, Defendants Dan L. Eisenberg, M.D. and Shepherd Eye Center Ltd., by and through their counsel of record, Hall Jaffe & Clayton, and Defendant United States of America, and hereby stipulate and agree to a 60-day extension of the deadline of the Status Report currently due on March 8, 2021. Good cause exists for the requested extension.

1

1  As the Court knows, Plaintiff Francis Watson has passed. Mr. Watson left a Last Will and Testament, which named Irene Pettice as his personal representative and the devisee of his assets. On September 2, 2020, Ms. Pettice filed her Petition for Summary Administration of Estate and Issuance of Letters of Administration (the "Petition") in the Eighth Judicial District Court of Clark County, Nevada, so that she may act on behalf of Mr. Watson's estate.

That matter has Case No. P-20-104100-E and is before the Honorable Judge Gloria Sturman, Department 26. The Hearing on Ms. Pettice's Petition was scheduled for March 5, 2021, but is being scheduled for a date in April 2021.

Thus, the Parties to this matter hereby stipulate and agree to a 60-day extension of the deadline of the Status Report currently due for March 8, 2021.

/ / /

/ / /

/ / /

The Parties seek this extension in good faith and not for the purpose of delay.

Dated this 4th day of March, 2021.

| THE JIMMERSON LAW FIRM | UNITED STATES ATTORNEY |
|---|---|
| /s/ James J. Jimmerson, Esq. | /s/ Brian Irvin, Esq. |
| JAMES J. JIMMERSON, ESQ. | BRIAN IRVIN, ESQ. |
| Nevada Bar No. 00244 | Illinois Bar No. 6306228 |
| JAMES M. JIMMERSON, ESQ. | 501 Las Vegas Blvd. |
| Nevada Bar No. 12559 | Suite 1100 |
| 415 S. Sixth Street, Suite 100 | Las Vegas, Nevada 89101 |
| Las Vegas, Nevada 89101 | Attorneys for Defendant |
| Attorneys for Plaintiff | United States of America |

JOHN H. COTTON & ASSOCIATES, LTD.

/s/ Michael D. Navratil, Esq.
MICHAEL D. NAVRATIL, ESQ.
John H. Cotton & Associates, Ltd.
900 West Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 832-5909
Attorney for Defendant Eisenberg

## ORDER

Upon the Stipulation of the parties hereto and good cause appearing therefor:

IT IS SO ORDERED.  Joint Status Report due May 7, 2021.

DATED this 8th day of March, 2021.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3