JAMES J. JIMMERSON, ESQ.
Nevada Bar No. 000244
jimmerson@jimmersonlawfirm.com
JAMES M. JIMMERSON, ESQ.
Nevada Bar No. 12559
jmj@jimmersonlawfirm.com
THE JIMMERSON LAW FIRM
415 South 6th St., Ste. 100
Las Vegas, NV 89101
Tel.:   (702) 388-7171
*Attorneys for Plaintiff*
*Francis G. Watson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRANCIS G. WATSON, individual, <br><br> Plaintiff, <br><br> vs. <br><br> RYAN P. MOLCHAN, M.D., an individual; MUZAFFAR H. KIRMANI, M.D., an individual; NEVADA RETINA ASSOCIATES, LAS VEGAS, PROF. CORP., a Nevada Domestic Professional Corporation; DAN L. EISENBERG, M.D., an individual; SHEPHERD EYE CENTER, LTD, a Nevada Domestic Professional Corporation; DOES I-X, and ROE ENTITIES I-X, <br><br> Defendants. | 2:16-cv-00608 <br><br> **STIPULATION AND ORDER FOR DISMISSAL OF THE ACTION** |

COMES NOW, Plaintiff FRANCIS G. WATSON, by and through his counsel of record James J. Jimmerson, Esq. and James M. Jimmerson, Esq., of The Jimmerson Law Firm, and Defendant UNITED STATES OF AMERICA by and through its counsel of record Brian Irvin, Esq., of The United States Attorney's Office, and Defendant DAN L. EISENBERG, M.D., submit this STIPULATION AND ORDER FOR DISMISSAL OF THE ACTION. The parties hereby stipulate and agree that this action shall be dismissed with prejudice, with each party bearing their respective fees and costs.

| | |
|---|---|
| DATED this 30th day of June, 2023 | DATED this 30th day of June, 2023 |
| THE JIMMERSON LAW FIRM | UNITED STATES ATTORNEY |
| /s/ James M. Jimmerson, Esq. | /s/ Skyler Pearson, Esq. |
| JAMES J. JIMMERSON, ESQ.<br>Nevada Bar No. 00244<br>JAMES M. JIMMERSON, ESQ.<br>Nevada Bar No. 12559<br>415 S. Sixth Street, Suite 100<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | SKYLER PEARSON, ESQ.<br>ASSISTANT UNITED STATES<br>ATTORNEY<br>501 Las Vegas Blvd. South<br>Suite 1100<br>*Attorneys for Defendant*<br>*United States of America* |

### **ORDER**

Based upon the foregoing stipulation, this action is dismissed with prejudice, with each party bearing their respective fees and costs.

Dated this 30 day of June, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT JUDGE